# Order

Michigan Supreme Court
Lansing, Michigan

June 27, 2017

154678

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

JOSEPH MICHAEL McINTYRE,
        Defendant-Appellant.

SC: 154678
COA: 333751
Kent CC:   11-002153-FH
             11-002154-FH
             11-002222-FH
             11-002223-FH
             11-002224-FH

_____/

On order of the Court, the application for leave to appeal the September 12, 2016 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 27, 2017



Clerk

p0619